THE STATE OF OHIO, APPELLEE, *v.* SMITH, APPELLANT.

[Cite as State v. Smith, 10 Ohio App. 2d 186.]

(No. 10171—Decided May 8, 1967.)

*Mr. Melvin G. Rueger* and *Mr. Calvin W. Prem,* for appellee.

*Mr. Eugene D. Smith,* for appellant.

LONG, P. J. An examination of the record shows that the prosecutor, in his argument to the jury, said: "This man never took the stand to tell you that."

This is a violation of the rule of *Griffin* v. *California,* 380 U. S. 609.

Defendant made a motion to declare a mistrial, which was overruled; and, in the opinion of this court, this was error.

The judgment is, therefore, reversed, and the cause is remanded for further proceedings in accordance with this opinion.

*Judgment reversed.*

HILDEBRANT, J., concurs.

HOVER, J., not participating.